### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **RYAN LAW FIRM, LLP,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 1:19-cv-629** |
| **v.** | § | |
| | § | |
| **NEW YORK MARINE AND GENERAL** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF REMOVAL

Defendant New York Marine and General Insurance Company ("New York Marine") files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby removes this action from the 200th Judicial District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division, stating the following as grounds for removal:

### I.   THE STATE COURT ACTION

1.      On or about March 15, 2019, Plaintiff Ryan Law Firm, LLP ("Ryan Law") filed its Original Petition against New York Marine in the 200th Judicial District Court of Travis County, Texas (the "Original Petition"). On May 20, 2019, Ryan Law filed its First Amended Petition (the "Amended Petition"). The case is numbered and styled as Cause No. D-1-GN-19-001477, *Ryan Law Firm, LLP v. New York Marine and General Ins. Co.* (the "State Court Action").

2.      In the State Court Action, Ryan Law seeks to hold New York Marine liable for a settlement it entered into with The Finish Line, Inc. ("Finish Line") with respect to a malpractice lawsuit Finish Line filed against Ryan Law and other third parties in the case styled *The Finish Line, Inc. v. Ryan Law et al.,* Cause No. 49D01-1606-PL-21894 in Marion County Superior Court, Indiana. Ryan Law seeks monetary relief over $1,000,000. Amended Petition, ¶ 2.

## II.   TIMELINESS OF NOTICE OF REMOVAL

3.      Ryan Law did not serve New York Marine with its Original Petition and served its

Amended Petition on May 28, 2019. Accordingly, this removal is timely pursuant to 28 U.S.C.

§ 1446(b); *see Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999) ("a named

defendant's time to remove is triggered by simultaneous service of the summons and complaint, or

receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons,

but not by mere receipt of the complaint unattended by any formal service").

## III.   PROCEDURAL REQUIREMENTS

4.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other

papers filed in the State Court Action are attached hereto as "Exhibit A" and incorporated herein by

reference.

5.      Pursuant to 28 U.S.C. § 1446(d), New York Marine is also filing notice of this removal

in the 200th Judicial District Court of Travis County, Texas and providing Ryan Law with copies.

## IV.   BASIS FOR REMOVAL—DIVERSITY JURISDICTION

6.      Where there is complete diversity among the parties and the amount in controversy

exceeds $75,000, exclusive of interest and costs, an action may be removed to federal court. *See* 28

U.S.C. §§ 1332(a), 1441(a). Here, complete diversity exists because Ryan Law is not a citizen of the

same state as New York Marine and the amount in controversy exceeds $75,000, exclusive of interest

and costs.

### A.      Complete diversity exists

7.      Ryan Law is a Texas limited liability partnership. Amended Petition, ¶ 3. For diversity

purposes "a case involving a limited partnership or limited liability partnership is based on the

citizenship of all members of the partnership[.]" *Moreno Energy, Inc. v. Marathon Oil Co.*, 884 F. Supp.

2d 577, 580 (S.D. Tex. 2012). Based on Ryan Law's website, its partners reside in Texas, Illinois,

Pennsylvania and Virginia.[1] Accordingly, Ryan Law is a citizen of Texas, Illinois, Pennsylvania and Virginia for purposes of 28 U.S.C. §1332. *See Swire v. Kempf*, No. 1:18-CV-1003-RP, 2019 WL 1091003, at *2 (W.D. Tex. Mar. 8, 2019).  ("Citizenship is based on domicile, i.e., where an individual resides and intends to remain.").

8.    New York Marine is a corporation organized and existing under the laws of the State of New York, with its principle place of business in Morristown, New Jersey. "A corporation is considered for diversity purposes to be a citizen both of the state in which it is incorporated and the state where its principal place of business is located. *Tran v. Tran*, No. A-17-CV-510 LY, 2017 WL 7736133, at *2 (W.D. Tex. Aug. 25, 2017), *report and recommendation adopted,* No. A-17-CA-00510-LY, 2017 WL 7789902 (W.D. Tex. Oct. 3, 2017). Thus, New York Marine is a citizen of New York and New Jersey.

9.    Accordingly, because Ryan Law is a citizen of Texas, Illinois, Pennsylvania and Virginia and New York Marine is a citizen of New York and New Jersey, complete diversity of citizenship exists.

**B.    The amount in controversy exceeds $75,000**

10.    When "it is clear from the face of the petition that the amount in controversy requirement has been satisfied, [] the removing party is under no further obligation to provide summary judgment-like evidence." *Poljanec v. Home Depot U.S.A. Inc.*, No. SA-14-CV-318-XR, 2014 WL 2050946, at *4 (W.D. Tex. May 19, 2014).  The Amended Petition states that "Ryan Law seeks monetary relief over $1,000,000." Amended Petition, ¶ 2. Accordingly, based on the face of the Amended Petition, the amount in controversy exceeds $75,000.

---

[1] RYAN LAW, ATTORNEYS, https://ryanlawyers.com/attorneys/. (last visited June 18, 2019).

11.     As there is complete diversity among the parties and because the amount in controversy requirement is satisfied, this Court has jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Therefore, removal is proper.

## V.   CONCLUSION

WHEREFORE, New York Marine removes this action from 200th Judicial District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division, and respectfully requests that the United States District Court assume jurisdiction of this action, as provided by law.

Respectfully submitted,

By:  _/s/ Roberta J. Benson_
Roberta J. Benson
Texas Bar No. 00788400
Ricky H. Rosenblum
Texas Bar No. 17276100
Michael J. McClain
Texas Bar No. 24089186
THE BENSON FIRM PLLC
11401 Century Oaks Terrace, Suite 245
Austin, Texas 78758
Telephone:  (512) 774-6062
Facsimile:    (512) 774-6072
Email:  roberta.benson@thebensonfirm.com
         rick.rosenblum@thebensonfirm.com
         michael.mcclain@thebensonfirm.com
*Attorneys for Defendant New York Marine and General Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that, on the 18th day of June, 2019, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically as authorized by Federal Rules of Civil Procedure.

Ernest Martin, Jr.
*ernest.martin@haynesboone.com*
Emily Buchanan
*emily.buchanan@haynesboone.com*
HAYNES AND BOONE, LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 541-5940
*Attorneys for Plaintiff Ryan Law Firm, LLP`*

*/s/ Roberta J. Benson*
Roberta J. Benson