UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ryan Law Firm, LLP | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00629-RP |
| | § | |
| New York Marine and General Insurance Company | § | |

ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, April 05, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 11th day of March, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE