IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
FEB 17 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| RYAN LAW FIRM, LLP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-629-RP |
| | § | |
| NEW YORK MARINE AND GENERAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

**Question No. 1**

Did New York Marine fail to comply with the Policy by failing to fund any part of the $2.75 million Finish Line settlement?

Answer Yes or No: _____No_____

If your answer is "Yes," answer the next question. If your answer is "No," do not answer the next question.

**Question No. 2**

What sum of money, if any, if paid now in cash, would fairly compensate Ryan Law for New York Marine's failure to fund any part of the Finish Line settlement? You may include in your consideration whether the settlement was reasonable and whether New York Marine was prejudiced by Ryan Law's failure to obtain consent before entering into the settlement.

Answer in dollars and cents, if any.

$_____N/A_____

## **VERDICT OF THE JURY**

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

SIGNED this __17__ day of __FEBRUARY__, 2023.

( ORIGINAL SIGNATURE REDACTED PURSUANT TO GOVERNMENT ACT OF 2002